PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Justin Huntington                             Cr.: 19-00133-001
                                                                PACTS #: 5196503

Name of Sentencing Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/26/2019

Original Offense:   Count One: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1)
                    Count Two: Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1)

Original Sentence: 41 months of imprisonment, 36 months of supervised release

Special Conditions: $200 Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents

Type of Supervision: Supervised Release                  Date Supervision Commenced: 08/06/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On September 22, 2021, Justin Huntington submitted a urine sample which tested positive for marijuana. He admitted marijuana use and signed an admission form. |

U.S. Probation Officer Action:

Huntington has been referred for a substance abuse assessment at Oaks Integrated Care in Montclair, New Jersey, which is scheduled for October 25, 2021. The probation office will continue to drug test him to ensure compliance with the conditions of supervision.

                                                        Respectfully submitted,

                                                        SUSAN M. SMALLEY, Chief
                                                        U.S. Probation Officer

                                                        *Dana Hafner*

                                                        By:  DANA HAFNER
                                                             Senior U.S. Probation Officer

/ dh

Prob 12A – page 2
Justin Huntington

APPROVED:

_____   09/22/2021
DONALD L. MARTENZ, JR.         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/24/21
_____
Date