PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Justin Huntington                                                                  Cr.: 19-00133-001
                                                                                                      PACTS #: 5196503

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/26/2019

Original Offense:   Count One: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1)
                    Count Two: Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1)

Original Sentence: 41 months of imprisonment, 36 months of supervised release

Special Conditions: $200 Special Assessment, Substance Abuse Testing and Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents

Type of Supervision: Supervised Release                          Date Supervision Commenced: 08/06/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On January 6, 2022, Huntington was unsuccessfully discharged from outpatient treatment at Oaks Integrated Care in Montclair, New Jersey, for continuing to abuse marijuana and for failure to attend treatment. |

U.S. Probation Officer Action:

Huntington has agreed to attend residential drug treatment and is awaiting placement at Turning Point in Paterson, New Jersey. The probation office will continue to monitor his compliance with treatment and the conditions of supervision. We are requesting that no court action be taken at this time.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   DANA HAFNER
      Senior U.S. Probation Officer

/ dh

Prob 12A – page 2
Justin Huntington

APPROVED:

_____     01/06/2022
DONALD L. MARTENZ, JR.                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (*as recommended by the Probation Office*)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

s/Katharine S. Hayden
Signature of Judicial Officer

1/10/2022
Date